IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

COURTNEY N. CARTER,

Defendant.                                                  No. 05-CR-30074-DRH

### ORDER

**HERNDON, District Judge:**

      This matter is set for sentencing on May 19, 2006. Based on information contained in the Pre-Sentence Report, the Court hereby **ADVISES** the parties that it is considering the possibility of departing upward either within the advisory guideline structure or outside thereof in this matter.

      **IT IS SO ORDERED.**

      Signed this 18th day of May, 2006.

/s/        David RHerndon
**United States District Judge**
